UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE AMERICAN INSURANCE CO., DENNIS DURGAN and DEBRA D. BIBB,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>ASSOCIATED PACIFIC CONSTRUCTORS, INC.,<br><br>　　　　　Defendants. | Case No. 8:20-cv-872JVS(JDEx)<br><br>**ORDER OF DISMISSALWITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

IN COMING before this Court on the Stipulation of the parties for dismissal with prejudice, and the Court being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that this case is dismissed, with prejudice, each party to bear its own attorney's fees and costs.

DONE and ORDERED in Chambers on this 19th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA